THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS

IN RE: Memory Care America, LLC, Debtor(s).  Case No. 19-51385 RBK
2211 NW Military Highway  Chapter 11
Suite 201
San Antonio, TX 78213
XXX-XX-

## Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:
TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,
Herbert H. Slatery III
Attorney General and Reporter

/s/ Michael Willey
Michael Willey
Senior Assistant Attorney General
BPR No. 019648
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville, TN 37202-0207
Phone: (615) 532-8924   Fax: 615-741-3334
Email: michael.willey@ag.tn.gov

CERTIFICATE OF SERVICE

I certify that on _____August 2, 2019_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Michael Willey
Michael Willey
Senior Assistant Attorney General

Bernard R. Given, II
Attorney for the Debtor(s)
Loeb & Loeb
10100 Santa Monica Boulevard
Los Angeles, CA 90067

,