

**The relief described hereinbelow is SO ORDERED.**

**Signed August 14, 2019.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MEMORY CARE AMERICA, LLC, ET AL.,** | § | **CASE NO. 19-51385-RBK** |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |

### ORDER DISMISSING MOTION AS MOOT

On this day came on to be considered the Debtors' *Motion to Shorten Timeframe Under Section 364(D)(4) of the Bankruptcy Code for the Debtors to Assume or Reject Leases* (ECF No. 64), and it appears to the Court that the *Motion* should be dismissed as moot.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion* is hereby **DISMISSED AS MOOT**.

# # #